Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−38255−MS
Chapter: 7
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hilda Jimenez | Edgar Jimenez |
| 168 Spring Street | 168 Spring Street |
| Leonia, NJ 07605 | Leonia, NJ 07605 |

Social Security No.:
   xxx−xx−0927                                                                   xxx−xx−5749

Employer's Tax I.D. No.:

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Jonathan Kohn is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 17, 2012</u>                         <u>Morris Stern</u>
                                                Judge, United States Bankruptcy Court